No. 222.—The State of Louisiana *v.* Toney Vester.

The objection by the accused that he was not served with a correct list of the jury that was to try him comes too late if not made until after verdict. It cannot be entertained if made for the first time by a motion in arrest of judgment.

APPEAL from the Tenth Judicial District Court, parish of Madison. *Hough*, J.  *W. W. Farmer*, District Attorney Fourteenth Judicial District, for the State.  *H. P. Wells*, for defendant and appellant.

Howe, J.  The defendant having been found guilty of manslaughter and sentenced to imprisonment at hard labor, has appealed. The only point he makes is one which was made in the court below for the first time on a motion in arrest of judgment. It is that he was not served with a correct list of the jury that was to try him, as required by statute. This was a right created for his benefit and which he was competent to waive *in toto*, and which has often been held to be waived if not claimed before trial. 2 An. 732; 6 An. 690; 12 An. 679; 14 An. 667.  If a want of the service of any of the list at all may be cured by want of objection and verdict, *a fortiori*, may remedy such a defect as an imperfect list

Judgment affirmed.